UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-0247(1) (PJS/SER) |
| Plaintiff, | |
| v. | ORDER |
| WILLIAM JAMES DAVIS, | |
| Defendant. | |

Defendant William Davis is the former president and chief executive officer of a nonprofit agency. Davis pleaded guilty to defrauding the agency by diverting its funds to his personal use and the use of his son. The Court sentenced Davis to 48 months in prison and two years of supervised release and ordered him to pay $387,063.67 in restitution. ECF No. 212. Davis was released from custody in November 2020.

This matter is before the Court on Davis's request for early termination of his term of supervised release. Davis's probation officer supports his request. The United States Attorney opposes it.

Davis has been on supervised release for more than a year, has served more than half his term, and has complied with all conditions. In light of Davis's satisfactory performance, and given that there appears to be little chance that he will commit another crime, the Court will grant Davis's request.

Davis continues to be obligated to pay restitution, but the United States Attorney's Office can enforce that obligation even after Davis's term of supervised release ends.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT defendant William James Davis is discharged from supervision and the proceedings in this case are terminated.

Dated:  December 8, 2021                    s/Patrick J. Schiltz
                                                            Patrick J. Schiltz
                                                            United States District Judge